PAULINE M. ROCKWELL, as Administratrix of ELIZABETH A. S.
R. ROCKWELL, Deceased, Respondent, *v.* CHARLES L. PETRIE,
Appellant.

*Rockwell* v. *Petrie*, 29 App. Div. 627, affirmed.
(Argued January 14, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered May
16, 1898, affirming a judgment in favor of plaintiff entered upon
a verdict; also appeal from three orders of the Appellate
Division, entered May 16, 1898, affirming orders made in the
action — one denying a motion for a new trial, another sever-
ing the issues, and a third vacating a stay of proceedings.

*Edmund P. Cottle* for appellant.

*Moses Shire* for respondent.

Judgment and orders affirmed, with costs, and ten per cent
additional under subdivision 5 of section 3251 of the Code of
Civil Procedure; no opinion.

Concur: PARKER, Ch. J. HAIGHT, MARTIN, VANN, LANDON,
and CULLEN, JJ. Not sitting: BARTLETT, J.

---

EDWARD KEYES, Appellant, *v.* THE CITY OF NEW YORK,
Respondent.

*Keyes* v. *City of New York*, 40 App. Div. 409, affirmed.
(Argued January 14, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
23, 1899, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial Term.

*David B. Hill* and *James M. Hunt* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly*
and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, LANDON
and CULLEN, JJ. Not sitting: BARTLETT, J.